June 22, 1984.

478 A.2d 105

Beal, Appellant, v. SEPTA.

566

Argued March 29, 1984.   Philip E. Bevens, for appellant;   Norman Hegge, Jr., for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Abraham J. Gafni is affirmed.